

**F I L E D**
5-20-08
MAY 2 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AUSA Maureen E. Merin (312) 353-1457

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

MAGISTRATE JUDGE ASHMAN

### AFFIDAVIT IN REMOVAL PROCEEDINGS

UNITED STATES OF AMERICA )
) **08CR 396**
NORTHERN DISTRICT OF ILLINOIS ) CASE NUMBER:_____

The undersigned Affiant personally appeared before Martin C. Ashman, a United States Magistrate Judge, and being duly sworn on oath, states: That at Laredo, Texas (U.S. District Court for the Southern District of Texas), on or about January 29, 2008, one MIGUEL ANGEL LARA was charged with violation of his term of supervised release, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that an Arrest Warrant is outstanding for the arrest of said defendant (attached hereto).

Wherefore, Affiant prays that the defendant be dealt with according to law.

KEITH SIEKES, U.S. Marshal
United States Marshals Service

Subscribed and Sworn to before me this
20th day of May, 2008.

Martin C. Ashman
United States Magistrate Judge

Bond set [or recommended] by issuing Court at **NO BOND**

AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## Southern District of Texas

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | |
| MIGUEL ANGEL LARA | Case Number: 5:03-CR-1242-001 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**MIGUEL ANGEL LARA**__
                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ✔ Violation Notice ☐ Pretrial Release Violation

charging him or her     (brief description of offense)

**SUPERVISED RELEASE VIOLATION**

in violation of Title _____ United States Code, Section(s) _____

| Hon. Michael N. Milby | U. S. District Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Norma Ortiz, Deputy Clerk | January 29, 2008 at Laredo, Texas |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ **NO BOND**        by    **MICAELA ALVAREZ, U. S. DISTRICT JUDGE**
                                                                                        Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |



**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF TEXAS**

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Miguel Angel Lara | Case Number: | 5:03CR01242-001 |
| Name of Sentencing Judge: | The Honorable Filemon B. Vela | | |
| Date of Original Sentence: | November 10, 2003 | | |
| Original Offense: | Possession with intent to distribute a quantity less than 50 kilograms of marihuana, a schedule I controlled substance. 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) | | |
| Original Sentence: | Fifteen months custody, three year TSR and 100 hours of community service. | | |
| Type of Supervision: | Supervised Release | Supervision Started: | March 11, 2005 |
| Assistant U.S. Attorney: | Jose A. Flores | Defense Attorney: | Isidro Alaniz |

### EARLIER COURT ACTION

On July 19, 2005, Your Honor concurred with the modification of conditions to include sixty days of home confinement which the defendant completed in October of 2005.

### PETITIONING THE COURT

**TO ISSUE A WARRANT** for defendant located at **Laredo, Texas**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **NEW LAW VIOLATION: Burglary of Habitation, Felony 1** |
| 2. | **NEW LAW VIOLATION: Retaliation, Felony 3** |
| 3. | **NEW LAW VIOLATION: Assault, Class A** |
| 4. | **NEW LAW VIOLATION: Resisting Arrest, Class A** |
| 5. | **NEW LAW VIOLATION: Criminal Mischief, Class B** |

RE: Miguel Angel Lara  
Dkt. No.: 5:03CR01242-001

2

DETAILS: On February 25, 2007, Laredo Police Officers were dispatched to 409 Riverhill, Building 32, in Laredo, Texas. Officer G. Sotelo arrived and met with San Juana Sotelo who stated that her boyfriend, Miguel Angel Lara, had broken the window to her apartment after they had an argument and she would not let him enter. Ms. Sotelo also stated that the defendant had initially left the apartment however continued to call her but she would not answer the phone calls. Ms. Sotelo then opened the door and the defendant entered taking her by her wrist and forcing her into the bedroom. Ms. Sotelo pleaded with the defendant to leave, however, he refused. Ms. Sotelo believes that her cousin overheard the argument from next door and called the police. Officer G. Sotelo then entered the bedroom and ordered the defendant to stand up. Initially the defendant made eye contact with the officer then ignored the order. Officer G. Sotelo then used minimal force to affect the detention of the defendant who then began to resist. Officer G. Sotelo was able to place the defendant into his unit without further incident.

6. **Failure to report as directed.**

7. **Failure to submit a truthful and complete written report.**

DETAILS: The defendant has failed to report to the U.S. Probation Office and failed to submit his monthly supervision reports since May of 2007. At this time the defendant's whereabouts are unknown.

U.S. Probation Officer Recommends: the issuance of a supervised release violator's warrant to assure his presence at a revocation hearing to show cause why his supervised release should not be revoked; and no bond be set.

[X] The term of supervision should be  
    [X] revoked.  
    [ ] extended for years, for a total term of years.

[ ] The conditions of supervision should be modified:

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:

Respectfully submitted:

*Peter Medellin*      by      *Alicia Blanco*

Peter Medellin, Supervising  
U.S. Probation Officer

Alicia Blanco  
U.S. Probation Officer  
January 29, 2008

RE:   Miguel Angel Lara                                                            3
Dkt. No:   5:03CR01242-001

THE COURT ORDERS:

[ ]   No Action

[✓]   The Issuance of a Warrant, and no bond.

[ ]   The Issuance of a Warrant, and no bond. Furthermore, that the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition of Criminal Case Number _____.

[ ]   The Issuance of a Warrant, and a bond of $_____ cash/surety with supervision as directed by the Probation Officer as a condition of said bond. Furthermore, that the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition of the case currently known as _____.

[ ]   That the defendant be summoned to appear before the Court on _____ at _____ for a Supervised Release violation hearing to show cause why his Supervised Release should not be revoked.

[ ]   That the issue of Supervised Release violation be addressed by the U.S. District Court at the time of disposition in case # _____.

[ ]   That the defendant be brought before the Court to show cause why his supervision should not be revoked on _____ at _____.

[ ]   Other:

_____
Micaela Alvarez
U. S. District Judge

_____
Jan 29, 2008
Date

TRUE COPY, I CERTIFY
ATTEST:
Michael N. Milby, Clerk
_____
Deputy Clerk