MHK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Southern District of Texas
   1300 Victoria St.,
   #1131
   Laredo, TX 78040

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   [signature] Ben Newton
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   Ben Newton                      5-23-08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

FILED
5-27-2008
MAY 27 2008
MICHAEL N. MILBY
CLERK, U.S. DISTRICT COURT

☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 1010 0002 4281 3277

PS Form 3811, February 2004    Domestic Return Receipt    08CR 396    102595-02-M-1540

08CR 396