MHN

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  R. Porcivia                    ☐ Agent
                                  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
R. Porcivia                       5-23-0

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

FILED
5-28-2008
MAY 28 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1. Article Addressed to:

    Eastern District of Wisconsin
    362 United States Courthouse and Federal Bldg
    517 East Wisconsin Avenue
    Milwaukee, WI 53202

3. ☐ Express Mail
   ☐ Return Receipt for Merchandise

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 9746 9209

PS Form 3811, February 2004    Domestic Return Receipt    08 CR 396    102595-02-M-1540

08 CR 396